IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LISA SCACCIANOCE,<br><br>        Plaintiff,<br><br>   v.<br><br>LEARNING RESOURCES, INC.,<br><br>        Defendant. | No. 1:11-cv-08196<br><br>Judge: Honorable Charles P. Kocoras |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Lisa Scaccianoce and Defendant Learning Resources, Inc., jointly stipulate for dismissal with prejudice of all claims in the above-referenced matter with each side bearing their own respective costs, fees and expenses.

Dated: May 7, 2012

So Agreed:

                                                                   LISA SCACCIANOCE

                                                                   By: /s/*Kelly Saindon*
                                                                        Her Attorney

                                                                  Kelly Saindon
                                                                  Law Office of Kelly Saindon
                                                                  415 North LaSalle Street
                                                                  Suite 301
                                                                  Chicago, IL 60654
                                                                 Tel: 312-267-6090

LEARNING RESOURCES, INC.


By:/s/*Barry A. Hartstein*
   One of its Attorneys

Barry A. Hartstein
Littler Mendelson PC
321 North Clark Street
Chicago, IL 60654
Tel: 312-372-5520
E-Mail: bhartstein@littler.com

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney, certifies that on May 7, 2012 he caused a true and correct copy of the foregoing Notice of Motion to be electronically filed with the Clerk of the Court via using the CM/ECF system, which will send such notification to the counsel listed below:

Kelly Saindon
Law Offices of Kelly Saindon
415 North LaSalle Street
Suite 301
Chicago, IL 60654

                                        */s/ Barry A. Hartstein*
                                        Barry A. Hartstein